AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Anthony James Madrid | )<br>)<br>)  Case No.  1:19-MJ- 1 2<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 24, 2019 _____ in the county of _____ Jefferson _____ in the
_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC841(a)(1) | possession with intent to distribute controlled substances |
| 18USC924(c) | possession of a firearm in relation to drug trafficking |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Gates
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1 25 19

_____
*Judge's signature*

City and state: _____ Beaumont _____

Zack Hawthorn, U.S. Magistrate Judge
*Printed name and title*