# AFFIDAVIT

I, Travis Gates, affiant herein, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Houston Field Division, Beaumont Field Office, and I have been so employed since February 2005. The affiant is a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA, as well as the ATF Special Agent Basic Training Academy. The affiant has received over 1000 hours of law enforcement training. The affiant has received extensive training and has law enforcement experience in the identification of firearms and offenses involving the use and possession of firearms. Pursuant to 18 U.S.C. § 3051, the affiant is empowered to enforce any of the criminal laws of the United States. As a result of the affiant's training and experience, the affiant is familiar with Federal drug trafficking crimes to include 21 U.S.C. § 841(a)(1) possession with the intent to distribute controlled substances as well as Federal Firearms Laws including 18 U.S.C. § 924(c) which makes it unlawful for any person who, during and in relation to any crime of violence or drug trafficking crime for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm.

On January 24, 2019, investigators with the Beaumont Police Department and ATF Beaumont Field Office investigated a shooting that occurred at 8750 Newfield Street, located in Beaumont, Eastern District of Texas. The investigation revealed that Anthony James MADRID was a resident at the address and was currently at the hospital with his wife and child. Officers went to the hospital and spoke to MADRID. MADRID stated that he lived at the residence in which the shooting occurred with his wife and kids. He further stated, that he was present during

the shooting. MADRID was read his Miranda warnings, confirmed he understood them, and agreed to speak to law enforcement officers. MADRID stated that three males approached his home and began forcing entry through his front door. MADRID retrieved an AK-47 style rifle. MADRID stated that he fired several rounds from the AK-47 style rifle, which struck his girlfriend and child. After the shooting, MADRID stated that he hid the AK-47 style rifle in the attic of the residence. MADRID also said that he had approximately 1.5 kilograms of cocaine in the attic of the residence. Furthermore, MADRID said that he put a .45 caliber pistol in the attic. MADRID said that he had the firearms for protection because of previous threats and an attempted kidnapping related to his narcotics trafficking.

MADRID gave consent to responding law enforcement officers to search the residence. During that consensual search of the residence, the Beaumont Police Department recovered approximately 1544.7 grams of suspected cocaine, a Century Arms, Model C39V2, 7.62 caliber rifle bearing serial number C39V2A24729, a Ruger, Model P345, .45 caliber pistol bearing serial number 664-99673, and a Charter Arms, .38 caliber revolver bearing serial number 1092681.

The cocaine was packed in a manner consistent with distribution. There were several larger amounts of cocaine in zip lock backs, commonly referred to as "bricks." Furthermore, there were several smaller amounts of cocaine located in smaller baggies in distributable amounts. Moreover, there were other indications of distribution. Digital scales were also discovered which is a common tool used by drug traffickers to weigh narcotics for distribution. In addition, officers discovered a money counter, which is often used by drug traffickers to quickly count large amounts of money associated with their drug transactions. Through my training and experience I am aware that cocaine is a schedule II controlled substance. Furthermore, based on my training and experience, firearms located in close proximity of

narcotics are used to protect the narcotics, proceeds, and/or the individual who is distributing the narcotics.

Based on my training, experience and the information provided, I believe that Anthony MADRID did possess a schedule II controlled substance, namely cocaine, with the intent to distribute and that he possess a firearm in relation to drug trafficking, all in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 924(c).

The above is true and correct.

_____
Travis Gates

Sworn before me on this 25th day of January, 2019.

_____
ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF TEXAS