# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 1:19-MJ-00012-ZJH § § § § § § |
| v. | |
| ANTHONY JAMES MADRID | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| **Before:** | |
|---|---|
| U.S. Magistrate Zack Hawthorn Jack Brooks Federal Building and United States Courthouse 300 Willow Street Beaumont, Texas 77701 | **Courtroom Number:** 4 |
| | **Date:** Thursday, January 31, 2019 **Time:** 2:30pm |

      **IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 28, 2019

                                              _____
                                              ZACK HAWTHORN
                                              UNITED STATES MAGISTRATE JUDGE